FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| BAN ME THUOT HONEYBEE JOINT STOCK COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) | SUMMONS <br> Court No. 22-00201 |

TO:   The Attorney General and the Department of Commerce

     **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                          /s/ Mario Toscano
                                          Clerk of the Court

1. (Name and standing of plaintiff):  Plaintiff, Ban Me Thuot Honeybee Joint Stock Company is a foreign producer and exporter of raw honey that was subject to the antidumping duty investigation that is contested here.  Plaintiff therefore is an interested party within the meaning of 19 U.S.C. §1677(9)(A).  Plaintiff actively participated in the antidumping duty investigation through submission of factual information and/or written argument and, thus, is a party to the proceeding as defined in 19 C.F.R. §351.102(b).  Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c) as an interested party who was a party to the proceeding identified below.

2.  (Brief description of contested determination):  The contested determination is the U.S. Department of Commerce's final affirmative determination of sales at less than fair value in its investigation of raw honey from the Socialist Republic of Vietnam, as published in Raw Honey From the Socialist Republic of Vietnam: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, 87 Fed. Reg. 22,184 (Apr. 14, 2022) ("Final Determination") and accompanying Raw Honey From Argentina, Brazil, India, and the Socialist Republic of Vietnam: Antidumping Duty Orders, 87 Fed. Reg. 35,501 (June 10, 2022) ("AD Order"). The determination is contested

pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and (a)(2)(B)(i). This Summons is being filed within 30 days of the publication in the Federal Register of the AD Order, and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II). In accordance with U.S. CIT Rule 6(a)(1)(C), this summons is timely filed since the last day of the period for filing the summons was a Sunday.

3. (Date of determination): The contested determination was signed on April 7, 2022 and was published in the Federal Register on April 14, 2022.

4. (If applicable, date of publication in Federal Register of notice of contested determination):

The Department's final determination was published in the Federal Register on April 14, 2022. See Raw Honey From the Socialist Republic of Vietnam: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, 87 Fed. Reg. 22,184 (Apr. 14, 2022). The subsequent antidumping duty order was published on June 10, 2022. See Raw Honey From Argentina, Brazil, India, and the Socialist Republic of Vietnam: Antidumping Duty Orders, 87 Fed. Reg. 35,501 (June 10, 2022).

/s/ Jonathan M. Freed
Jonathan Freed
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
jfreed@tradepacificlaw.com

Counsel to Ban Me Thuot Honeybee Joint Stock Company

Dated: July 11, 2022

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

Bryan M. Boynton
Acting Assistant Attorney General, Civil Division
Civil Litigation Branch
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
United States Department of Justice
26 Federal Plaza
New York, NY 10278

General Counsel
International Trade Administration
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

The Honorable Mario Toscano
Clerk of the Court

Date:  July ____, 2022          By:_____